■ In the Matter of LISA BOUCK, Petitioner, v NEW YORK STATE OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, Respondent. [20 NYS3d 917]—Clark, J. Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Schenectady County) to review a determination of respondent denying petitioner's request for emergency financial assistance.

Petitioner commenced this CPLR article 78 proceeding challenging a determination of respondent that denied her application for emergency financial assistance for rent arrears in order

4. We note that the attorney for the children now argues in favor of an award of sole legal custody to the father.

to avoid eviction. Documents in connection with this proceeding reflect that petitioner has relocated to another residence. As such, the proceeding is moot (*see Matter of Higginbotham v New York State Off. of Temporary & Disability Assistance*, 288 AD2d 70, 70 [2001]), and we do not find that the exception to the mootness doctrine applies to the circumstances herein (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714 [1980]). Accordingly, the proceeding must be dismissed.

Lahtinen, J.P., Garry and Egan Jr., JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.